COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-317-CV

 

LORETTA
MAY GIBSON AND IRVING HOLDINGS, INC.            APPELLANTS

 

                                                   V.

 

GAYLA STULTS, INDIVIDUALLY AND AS                                APPELLEES

REPRESENTATIVE OF THE
ESTATE OF LOYD 

TIMOTHY STULTS, DECEASED,
SEASON 

TIFFANY STULTS WARE, LANE
TIMOTHY STULTS, 

AND MATTIE JEAN STULTS
HALL; AND 

ERNESTINE SANDOVAL SOLES,
RICKY SOTO, 

MARY SOTO, SUZANNE
SESSUMS, 

AND JOSIE SOTO‑CASTILLO,
ALL HEIRS AND 

BENEFICIARIES OF THE
ESTATE OF MARY 

ALEMAN, DECEASED

 

                                               ----------

           FROM
THE  236TH DISTRICT COURT OF TARRANT
COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellants= Motion
To Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).

 








Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex. R. App. P. 43.4.

 

PER CURIAM

 

PANEL:  MEIER, J.; CAYCE, C.J.; and LIVINGSTON,
J.  

 

DELIVERED:  January 22, 2009  











[1]See Tex. R. App. P. 47.4.